IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
_____ DIVISION

|  |  |  |
|---|---|---|
| Plaintiff, | ) ) ) | C/A No.: -SVH |
| vs. | ) ) | DISCOVERY REPORT |
| Defendants. | ) ) ) |  |

Pursuant to the court's directive, the parties have consulted and provide the following report on the status of discovery in this matter:

1. The discovery deadline set out in the scheduling order is _____.

2. The parties have completed the following discovery to date:
   a. recitation of written discovery completed (date discovery served, date responded to).
   b. Depositions taken (include names of fact and expert witness depositions and dates depositions taken)

3. The parties have the following discovery to complete:
   a. recitation of written discovery to be completed (date discovery served/to be served, date responses due/anticipated).
   b. Depositions to be taken (include names of fact and expert witness depositions noticed and to be scheduled)

4. Other information on status and progress of discovery (if applicable).

5. Choose one:
   1. The parties anticipate they will be able to complete discovery by the deadline set forth in the scheduling order.
   2. The parties do not anticipate they will be able to complete discovery by the deadline set forth in the scheduling order and will submit a motion to amend the scheduling order in compliance with Local Civil Rule 6.01 prior to the expiration of the discovery deadline.

Plaintiff(s)                                              Defendant(s)

_____          _____
*Signature of Plaintiff's Counsel*                        *Signature of Defendant's Counsel*

_____  _____
Printed Name of Plaintiff's Counsel  Printed Name of Defendant's Counsel
and Party Represented  and Party Represented

*Dated:* _____  *Dated:* _____